Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-348-428**

**Effective Date of Registration:**
April 20, 2023
**Registration Decision Date:**
May 23, 2023

## Title
                        
**Title of Work:** Woodland Santa

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** September 26, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan Florence Comish
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Susan Florence Comish
3004 Iroquios Drive, Provo, UT, 84004, United States

## Rights and Permissions

**Organization Name:** Marrott Art & Licensing
**Name:** Stephanie Workman Marrott
**Email:** stephanie@marrottart.com
**Telephone:** (801)358-0246
**Address:** 5480 W 11060 N
Highland, UT 84003 United States

## Certification

