# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUSAN FLORENCE COMISH,

      Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-06997

**Judge Andrea R. Wood**

**Magistrate Judge Jeffrey T. Gilbert**

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Elan Harris ("Plaintiff"), with the agreement and consent of Defendant Nos. 15 Beautiful poster house et al.[1] (collectively, the "Defendants"), respectfully move the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as **Exhibit A**. In support, the Parties state as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff sixty-five thousand two hundred fifty dollars

---

[1] "Defendants" include Defendant Nos. 15 Beautiful poster house, 16 ZH Panting Art, 18 ZH Canvas Art, 19 Sunshine Canvas Art, 23 Lindy Boutique, 27 Art Environment Decorative Painting, 28 Artistic landscape decoration painting, 29 Heartwarming Art Painting, 30 Wanli Art Painting, 31 Slow Life Art Painting, 32 Love Travel Art Painting, 37 amiao Wall Art, 42 European art painting, 44 skt poster, 50 Lenin, 51 A one poster, 54 iFashionArtUs, 55 Decorative painting guy, 56 Artful Livin Wall Wonders Aesthetic Haven, 57 Heartwords Wall Art, 58 Forest Wall Art, 59 Rainbow decorative painting, 60 HDL WALL ART, 61 Tacheng Decorative Painting, 63 HDE Art Painting, 65 OK poster, 66 Ziping oil painting shop, 70 A big oil painting shop, 71 Fantastic Wall Decoration, 72 Art of living poster design, 73 Beautiful poster painting, 74 Lumos Loft, 77 Jiutie, 80 apple poster, 84 Retro wall decoration, 88 Hot Wind Art, 91 WaLLICA, 93 Holiday decoration posters, 97 Farchat, 98 Art link life, 99 SUNRISE ART, 101 Vervy, 102 Chicie, 103 Allong, 104 OUTGOINGSS, 109 quan yun poster, 111 Cool Poster, 115 BxQ ART POSTER, 118 poster good, 119 Sharriney, 120 Yanila, 121 Free Wall Art, 122 Sailor Mn Wall Decor, 123 Kute Wall Art, 124 Artisans Touch, 126 okpaintingshop, 131 ANTIPY, 133 one two poster, 136 Aesthetic Arts, 137 Greey Wall Art, 138 Oil painting merchant, 141 Ocean Art Print Poster, 142 Kitty Wall Decor, 144 Fish Fish Wall Art, 145 Yally Wall Art, 146 WZwallart, 148 Boat Painting, 149 Canvas Heaven, 150 Art Life Printing, 151 HHY Art Painting, 161 ROAD TO REVIVE, 163 cartoon posters local, 168 Golden Retrieve, 170 Irene Art Painting, 171 FANTTACY Wall Art, 172 Wheat field decorative painting, 173 Beile Decorative Painting, 175 Niceposter, 176 Thegood poster, 177 Decorative posters, 179 Oil Painting Housez, 182 Jialingone local, 185 Free spirit posters, 186 Warm Art Decoration Painting, 190 Wonderful Artistry, 191 Personalized decorative painting, and 192 Canvas paintin one.

($65,250) (the "Settlement Amount") and to remit the Settlement Amount by July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendants did not remit the Settlement Amount by the July 18, 2026, deadline. Consistent with the Parties' agreement, and with Defendants' consent, the Parties jointly move for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 5, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 5, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SUSAN FLORENCE COMISH,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-06997

**Judge Andrea R. Wood**

**Magistrate Judge Jeffrey T. Gilbert**

### CONSENT JUDGMENT

This action having been commenced by Plaintiff SUSAN FLORENCE COMISH ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 15 | Beautiful poster house | 634418218182099 |
| 16 | ZH Panting Art | 634418218219556 |
| 18 | ZH Canvas Art | 634418218219368 |
| 19 | Sunshine Canvas Art | 634418218219192 |
| 23 | Lindy Boutique | 634418213608782 |
| 27 | Art Environment Decorative Painting | 634418219619088 |
| 28 | Artistic landscape decoration painting | 634418219609301 |
| 29 | Heartwarming Art Painting | 634418219821234 |
| 30 | Wanli Art Painting | 634418219738774 |
| 31 | Slow Life Art Painting | 634418219751814 |
| 32 | Love Travel Art Painting | 634418219822005 |
| 37 | amiao Wall Art | 634418217307679 |
| 42 | European art painting | 634418219743710 |
| 44 | skt poster | 634418219808991 |

| 50 | Lenin | 634418216260993 |
| 51 | A one poster | 634418220441342 |
| 54 | iFashionArtUs | 634418220388215 |
| 55 | Decorative painting guy | 634418219571490 |
| 56 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 57 | Heartwords Wall Art | 634418219270002 |
| 58 | Forest Wall Art | 634418219036045 |
| 59 | Rainbow decorative painting | 634418219618567 |
| 60 | HDL WALL ART | 634418218011450 |
| 61 | Tacheng Decorative Painting | 634418219618669 |
| 63 | HDE Art Painting | 634418218623798 |
| 65 | OK poster | 634418219722020 |
| 66 | Ziping oil painting shop | 634418219670395 |
| 70 | A big oil painting shop | 634418220472756 |
| 71 | Fantastic Wall Decoration | 634418220484138 |
| 72 | Art of living poster design | 634418220344099 |
| 73 | Beautiful poster painting | 634418218434213 |
| 74 | Lumos Loft | 634418220739192 |
| 77 | Jiutie | 634418216492301 |
| 80 | apple poster | 634418219720704 |
| 84 | Retro wall decoration | 634418219504163 |
| 88 | Hot Wind Art | 634418219958715 |
| 91 | WaLLICA | 634418217246950 |
| 93 | Holiday decoration posters | 634418219043963 |
| 97 | Farchat | 634418215187854 |
| 98 | Art link life | 634418215151643 |
| 99 | SUNRISE ART | 634418216809442 |
| 101 | Vervy | 634418214723300 |
| 102 | Chicie | 634418214692815 |
| 103 | Allong | 634418216752195 |
| 104 | OUTGOINGSS | 634418219408262 |
| 109 | quan yun poster | 634418217503629 |
| 111 | Cool Poster | 634418219630605 |

| 115 | BxQ ART POSTER | 634418219303324 |
| 118 | poster good | 634418218138790 |
| 119 | Sharriney | 634418214375919 |
| 120 | Yanila | 634418216261765 |
| 121 | Free Wall Art | 634418218219023 |
| 122 | Sailor Mn Wall Decor | 634418218193640 |
| 123 | Kute Wall Art | 634418219482555 |
| 124 | Artisans Touch | 634418218335019 |
| 126 | okpaintingshop | 634418218072817 |
| 131 | ANTIPY | 634418218175731 |
| 133 | one two poster | 634418219327028 |
| 136 | Aesthetic Arts | 634418218096231 |
| 137 | Greey Wall Art | 634418218964551 |
| 138 | Oil painting merchant | 634418218408755 |
| 141 | Ocean Art Print Poster | 634418219773344 |
| 142 | Kitty Wall Decor | 634418218199613 |
| 144 | Fish Fish Wall Art | 634418218214063 |
| 145 | Yally Wall Art | 634418217856793 |
| 146 | WZwallart | 634418217883898 |
| 148 | Boat Painting | 634418217706387 |
| 149 | Canvas Heaven | 634418217267075 |
| 150 | Art Life Printing | 634418217913875 |
| 151 | HHY Art Painting | 634418218335598 |
| 161 | ROAD TO REVIVE | 634418215775502 |
| 163 | cartoon posters local | 634418217000397 |
| 168 | Golden Retrieve | 634418216271155 |
| 170 | Irene Art Painting | 634418219820224 |
| 171 | FANTTACY Wall Art | 634418215968900 |
| 172 | Wheat field decorative painting | 634418219618935 |
| 173 | Beile Decorative Painting | 634418219618761 |
| 175 | Niceposter | 634418216378990 |
| 176 | Thegood poster | 634418216655043 |
| 177 | Decorative posters | 634418216887453 |
| 179 | Oil Painting Housez | 634418218408545 |

3

| 182 | Jialingone local | 634418219112273 |
| 185 | Free spirit posters | 634418219317255 |
| 186 | Warm Art Decoration Painting | 634418218627792 |
| 190 | Wonderful Artistry | 634418219559178 |
| 191 | Personalized decorative painting | 634418218437886 |
| 192 | Canvas paintin one | 634418219478303 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the SUSAN FLORENCE COMISH Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the SUSAN FLORENCE COMISH Works in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SUSAN FLORENCE COMISH product or any other product produced by Plaintiff,

that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SUSAN FLORENCE COMISH Works;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing SUSAN FLORENCE COMISH Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the SUSAN FLORENCE COMISH Works and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof, and/or which bear the SUSAN FLORENCE COMISH Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff sixty-five thousand two hundred fifty dollars ($65,250) in damages (the "Damage Amount").

3. Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to

5

comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _____, 2026

_____
Andrea R. Wood
United States District Judge

6