**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN FLORENCE COMISH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-06997

Judge Andrea R. Wood

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | Great Wall Art |
| 2 | Hamainifushi |
| 3 | AYQ Art |
| 4 | BOKIGT |
| 5 | HYLUN |
| 6 | Xiu Mu Bu |
| 7 | QQ zhihzi |
| 8 | Beautiful Babys |
| 9 | LLtemus |
| 10 | WenXing Home |
| 11 | One Shepherd will be a |
| 12 | Framed Elegance |
| 13 | HAX Art wall decoration |
| 14 | One Canvas boutique |
| 17 | Jalangda |
| 20 | chelsia Decorate |
| 21 | HH temus |
| 22 | chencuiping |
| 25 | WUDIWUDIHAOMAI |

| | |
|---|---|
| 26 | Watermelon art |
| 33 | SkyArt |
| 35 | C hij Home Decoration Painting |
| 36 | ZhengBrightLoong |
| 38 | WE Art Decor |
| 39 | Grateful Decorative painting |
| 40 | E Grateful Decorative painting |
| 41 | J Pattern Painting |
| 43 | JIANANZHUANSHI |
| 45 | LL Art Decor |
| 46 | XX Art Decor |
| 47 | ZL Art Decor |
| 49 | XH Art Decor |
| 52 | the vault of heaven Decorate |
| 53 | Dream Edge the best canvas |
| 62 | WS Art Deco |
| 67 | Q rh Decorative Painting |
| 68 | Jaya Decoration |
| 69 | B Whimsy Nest |
| 75 | General decorative painting |
| 76 | A Sincere Decorative painting |
| 78 | I Happy Decorative Painting |
| 79 | L Happy Decorative Painting |
| 81 | Love Fashion Poster shop |
| 82 | Artful Sign |
| 85 | Dorothy Decoration |
| 86 | Eccentric Case Corner |
| 87 | Dream Freedom First |
| 89 | Dream of freedom and equal distribution of the wor |
| 90 | WWtemus |
| 92 | GUANER DECORATIONS |
| 94 | Dream factory decorative painting |
| 95 | Trendy Boutique Poster Wall Art |
| 96 | Canvas Reflections |
| 106 | SHUI JIAO Poster |
| 107 | Feihong Art Poster |
| 110 | Go Q ART POSTER |
| 112 | Dabachxin |
| 113 | Decorative Canvas w |
| 114 | DW Poster |
| 116 | LONGQIFEIYANG |

| | |
|---|---|
| 117 | Loli Unicorn wall art |
| 125 | RSONE WALL ART |
| 130 | qunxiang shop |
| 132 | FAHION ART local |
| 134 | POP PANDA WALL ART |
| 135 | Wow Wow wall art |
| 139 | CanvasMuse |
| 140 | CanvasVoyage Gallery |
| 143 | yang zhi xiong poster |
| 147 | Mr Li painting |
| 152 | MONISUN |
| 153 | Building a base period |
| 154 | FD ART |
| 155 | Encourage art shop |
| 156 | BEIKA Art Poster |
| 157 | LLnini |
| 159 | Kiki Wall Decor |
| 160 | Denozer |
| 162 | FF WALL ART |
| 164 | ChenCanvasPainting |
| 165 | AKUF |
| 166 | Tin Signs Art |
| 167 | American Home Decoration |
| 169 | ROAD ART SHOP |
| 174 | Doyal Decoration shop |
| 178 | Decorative canvas |
| 180 | Canvas poster wall art |
| 181 | GOGOPRINT Studio |
| 183 | MT ART PAINTING |
| 184 | Happy Decorative Painting |
| 187 | Qtemu |
| 189 | SailCanvas |
| 194 | WOW Studio |
| 195 | DSDESIGE b |
| 196 | PangpangDecorate |
| 197 | Bingbing Art Shop |
| 198 | A High decorative painting |
| 199 | Stellar map |
| 200 | A Fine Home Decoration Paintings |

DATED: September 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt