**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Florence Comish

Plaintiff,

v.

Case No.: 1:25−cv−06997
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's agreed motion for entry of consent judgment [54] is granted. Enter Consent Judgment. Plaintiff has also filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [56], dismissing without prejudice the claims against all remaining Defendants. The other Defendants that have not agreed to consent judgments have already been voluntarily dismissed. See [32], [34], [42]. As all claims have been resolved, this case will be closed. Telephonic status hearing set for 9/24/2026 is stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.