AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:25-cv-06997 | DATE FILED<br>6/24/2025 | |
| PLAINTIFF<br>Susan Florence Comish | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 9/17/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-348-428**
**Effective Date of Registration:**
April 20, 2023
**Registration Decision Date:**
May 23, 2023

## Title

**Title of Work:** Woodland Santa

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** September 26, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan Florence Comish
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Susan Florence Comish
3004 Iroquios Drive, Provo, UT, 84004, United States

## Rights and Permissions

**Organization Name:** Marrott Art & Licensing
**Name:** Stephanie Workman Marrott
**Email:** stephanie@marrottart.com
**Telephone:** (801)358-0246
**Address:** 5480 W 11060 N
Highland, UT 84003 United States

## Certification


Susan Comish

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Florence Comish

Plaintiff,

v.

Case No.: 1:25−cv−06997
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's agreed motion for entry of consent judgment [54] is granted. Enter Consent Judgment. Plaintiff has also filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [56], dismissing without prejudice the claims against all remaining Defendants. The other Defendants that have not agreed to consent judgments have already been voluntarily dismissed. See [32], [34], [42]. As all claims have been resolved, this case will be closed. Telephonic status hearing set for 9/24/2026 is stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN FLORENCE COMISH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" ,

Defendants.

No. 25-cv-06997

Judge Andrea R. Wood

Magistrate Judge Jeffrey T. Gilbert

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff SUSAN FLORENCE COMISH ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 15 | Beautiful poster house | 634418218182099 |
| 16 | ZH Panting Art | 634418218219556 |
| 18 | ZH Canvas Art | 634418218219368 |
| 19 | Sunshine Canvas Art | 634418218219192 |
| 23 | Lindy Boutique | 634418213608782 |
| 27 | Art Environment Decorative Painting | 634418219619088 |
| 28 | Artistic landscape decoration painting | 634418219609301 |
| 29 | Heartwarming Art Painting | 634418219821234 |
| 30 | Wanli Art Painting | 634418219738774 |
| 31 | Slow Life Art Painting | 634418219751814 |
| 32 | Love Travel Art Painting | 634418219822005 |
| 37 | amiao Wall Art | 634418217307679 |
| 42 | European art painting | 634418219743710 |

| | | |
|---|---|---|
| 44 | skt poster | 634418219808991 |
| 50 | Lenin | 634418216260993 |
| 51 | A one poster | 634418220441342 |
| 54 | iFashionArtUs | 634418220388215 |
| 55 | Decorative painting guy | 634418219571490 |
| 56 | Artful Livin Wall Wonders Aesthetic Haven | 634418219383612 |
| 57 | Heartwords Wall Art | 634418219270002 |
| 58 | Forest Wall Art | 634418219036045 |
| 59 | Rainbow decorative painting | 634418219618567 |
| 60 | HDL WALL ART | 634418218011450 |
| 61 | Tacheng Decorative Painting | 634418219618669 |
| 63 | HDE Art Painting | 634418218623798 |
| 65 | OK poster | 634418219722020 |
| 66 | Ziping oil painting shop | 634418219670395 |
| 70 | A big oil painting shop | 634418220472756 |
| 71 | Fantastic Wall Decoration | 634418220484138 |
| 72 | Art of living poster design | 634418220344099 |
| 73 | Beautiful poster painting | 634418218434213 |
| 74 | Lumos Loft | 634418220739192 |
| 77 | Jiutie | 634418216492301 |
| 80 | apple poster | 634418219720704 |
| 84 | Retro wall decoration | 634418219504163 |
| 88 | Hot Wind Art | 634418219958715 |
| 91 | WaLLICA | 634418217246950 |
| 93 | Holiday decoration posters | 634418219043963 |
| 97 | Farchat | 634418215187854 |
| 98 | Art link life | 634418215151643 |
| 99 | SUNRISE ART | 634418216809442 |
| 101 | Vervy | 634418214723300 |
| 102 | Chicie | 634418214692815 |
| 103 | Allong | 634418216752195 |
| 104 | OUTGOINGSS | 634418219408262 |
| 109 | quan yun poster | 634418217503629 |

| | | |
|---|---|---|
| 111 | Cool Poster | 634418219630605 |
| 115 | BxQ ART POSTER | 634418219303324 |
| 118 | poster good | 634418218138790 |
| 119 | Sharriney | 634418214375919 |
| 120 | Yanila | 634418216261765 |
| 121 | Free Wall Art | 634418218219023 |
| 122 | Sailor Mn Wall Decor | 634418218193640 |
| 123 | Kute Wall Art | 634418219482555 |
| 124 | Artisans Touch | 634418218335019 |
| 126 | okpaintingshop | 634418218072817 |
| 131 | ANTIPY | 634418218175731 |
| 133 | one two poster | 634418219327028 |
| 136 | Aesthetic Arts | 634418218096231 |
| 137 | Greey Wall Art | 634418218964551 |
| 138 | Oil painting merchant | 634418218408755 |
| 141 | Ocean Art Print Poster | 634418219773344 |
| 142 | Kitty Wall Decor | 634418218199613 |
| 144 | Fish Fish Wall Art | 634418218214063 |
| 145 | Yally Wall Art | 634418217856793 |
| 146 | WZwallart | 634418217883898 |
| 148 | Boat Painting | 634418217706387 |
| 149 | Canvas Heaven | 634418217267075 |
| 150 | Art Life Printing | 634418217913875 |
| 151 | HHY Art Painting | 634418218335598 |
| 161 | ROAD TO REVIVE | 634418215775502 |
| 163 | cartoon posters local | 634418217000397 |
| 168 | Golden Retrieve | 634418216271155 |
| 170 | Irene Art Painting | 634418219820224 |
| 171 | FANTTACY Wall Art | 634418215968900 |
| 172 | Wheat field decorative painting | 634418219618935 |
| 173 | Beile Decorative Painting | 634418219618761 |
| 175 | Niceposter | 634418216378990 |
| 176 | Thegood poster | 634418216655043 |
| 177 | Decorative posters | 634418216887453 |

| | | |
|---|---|---|
| 179 | Oil Painting Housez | 634418218408545 |
| 182 | Jialingone local | 634418219112273 |
| 185 | Free spirit posters | 634418219317255 |
| 186 | Warm Art Decoration Painting | 634418218627792 |
| 190 | Wonderful Artistry | 634418219559178 |
| 191 | Personalized decorative painting | 634418218437886 |
| 192 | Canvas paintin one | 634418219478303 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the SUSAN FLORENCE COMISH Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the SUSAN FLORENCE COMISH Works in any manner without the express authorization of Plaintiff;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SUSAN FLORENCE COMISH product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SUSAN FLORENCE COMISH Works;

c. committing any acts calculated to cause consumers to believe that Defendant's Infringing SUSAN FLORENCE COMISH Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the SUSAN FLORENCE COMISH Works and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof, and/or which bear the SUSAN FLORENCE COMISH Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff sixty-five thousand two hundred fifty dollars ($65,250) in damages (the "Damage Amount").

3. Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms

of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with its obligations set forth herein.

SO ORDERED.

DATED: September 16, 2026

Andrea R. Wood
United States District Judge